No. 6768. MOLINA v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 6769. McGREGOR v. WATTS, JUDGE. Sup. Ct. Wis. Certiorari denied.

No. 6773. ALEXANDER v. MICHIGAN PAROLE BOARD. C. A. 6th Cir. Certiorari denied.

No. 6798. MAKAREWICZ v. SCAFATI, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied.